# Exhibit 1

# (Invoice of Fees and Expenses)

# Hall Attorneys, P.C.

4265 San Felipe Street, Suite 1100
Houston, TX 77027
www.hallattorneys.com

---

Invoice submitted to:
Ron Satija, Chapter 7 Trustee
PO Box 1443
Austin, TX 78767-1443


March 05, 2014


In Reference To: Case No 13-01079-tmd; Hall Matter ID No. 13.103_1

Invoice #1016


Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | 5/1/2013 | | | | |
| 5/1/2013 | RS | B110 | Correspondence with Plitt counsel re lawsuit timeline (.2) | 0.20<br>350.00/hr | 70.00 |
| | SUBTOTAL: | | | [ 0.20 | 70.00] |
| | 5/6/2013 | | | | |
| 5/6/2013 | RS | B180 | Review and revise complaint (.3) | 0.30<br>350.00/hr | 105.00 |
| | MW | B110 | Review docket and bank statements in anticipation of drafting original complaint (.5) | 0.50<br>235.00/hr | 117.50 |
| | MW | B180 | draft Complaint for denial of discharge, fraudulent transfers and turnover (1.5) | 1.50<br>235.00/hr | 352.50 |
| | SUBTOTAL: | | | [ 2.30 | 575.00] |
| | 5/8/2013 | | | | |
| 5/8/2013 | MW | B110 | Review 341 tape transcript (.8) | 0.80<br>235.00/hr | 188.00 |
| | SUBTOTAL: | | | [ 0.80 | 188.00] |

---

+1 281 764 8500

Ron Satija, Chapter 7 Trustee                                                                                          Page     2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | 6/12/2013 | | | | |
| 6/12/2013 | MW | L250 | Review Defendants' Motion for More Definite Statement (.3); draft Response to Motion for More Definite Statement (.6); draft Order Deny Defendant's Motion for More Definite Statement (.2). | 1.10 235.00/hr | 258.50 |
| | SUBTOTAL: | | | [   1.10 | 258.50] |
| | 10/30/2013 | | | | |
| 10/30/2013 | KR | B160 | Preparation of Mot to Employ HA per instructions provided by R. Satija and N. Hall.  Attention to correspondence regarding NPT language and drafting of Proposed Order of the Court  (2.12) | 2.20 125.00/hr | 275.00 |
| | SUBTOTAL: | | | [   2.20 | 275.00] |
| | 11/14/2013 | | | | |
| 11/14/2013 | KR | B160 | Finalizing and servicing Trustee's Motion to Employ HA as General Counsel (.48) | 0.80 125.00/hr | 100.00 |
| | SUBTOTAL: | | | [   0.80 | 100.00] |
| | 12/3/2013 | | | | |
| 12/3/2013 | RS | B160 | e-mail correspondence with UST & staff re problems with application | 0.30 350.00/hr | 105.00 |
| | RS | B160 | Review application | 0.20 350.00/hr | 70.00 |
| | KR | B160 | Finalizing and servicing Trustee's Motion to Employ HA as General Counsel after conference with R. Satija to add paragraphs relating to the 9019 settlement motion and anticipated fees and expenses pursuant to 11 U.S.C. § 330 (1.12) | 1.20 125.00/hr | 150.00 |
| | SUBTOTAL: | | | [   1.70 | 325.00] |
| | 12/4/2013 | | | | |
| 12/4/2013 | RS | B110 | Revise application and order employing & office conference re same | 1.00 350.00/hr | 350.00 |

Ron Satija, Chapter 7 Trustee                                                                                                   Page    3

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2013 | KR | B160 | Reviewing and implementing instructions from UST and Special Counsel regarding Trustee's Motion to Employ HA as General Counsel, correspondence with J. Willis and R. Satija re: 327(a) (1.4) | 1.40 125.00/hr | 175.00 |
|  |  | SUBTOTAL: |  | [    2.40 | 525.00] |
|  | 2/11/2014 |  |  |  |  |
| 2/11/2014 | JW | A107 | Communicate in firm: Correspondence with R. Satija regarding need for Heckler FFA and outcome of case (.1) | 0.10 185.00/hr | 18.50 |
|  |  | SUBTOTAL: |  | [    0.10 | 18.50] |
|  | 2/18/2014 |  |  |  |  |
| 2/18/2014 | KR | B110 | Conference with J. Willis regarding matrix, request to pull matrix, double check proper parties are served, and drafts ready (.4) | 0.40 125.00/hr | 50.00 |
|  | JW | B160 | Correspondence with A.M. Melton regarding appropriate Time Slips invoicing for F.A. (.1) | 0.10 185.00/hr | 18.50 |
|  |  | SUBTOTAL: |  | [    0.50 | 68.50] |
|  | 2/19/2014 |  |  |  |  |
| 2/19/2014 | JW | B160 | Review of invoice for use in 2016 Summary and FFA (.2) | 0.20 185.00/hr | 37.00 |
|  | JW | B160 | Correspondence with M. Wagner regarding co-equal administrative claimant fees. (.2) | 0.20 185.00/hr | 37.00 |
|  | JW | B160 | Review of Pacer for co-equal or administrative claimants in case and results achieved by HA as general counsel (.4) | 0.40 185.00/hr | 74.00 |
|  | JW | B160 | Draft/Revise: Drafted Final Fee Application (1.1) | 1.10 185.00/hr | 203.50 |
|  | JW | B160 | Drafted proposed order for Fee Application (.3) | 0.30 185.00/hr | 55.50 |
|  | JW | B160 | Drafted Fee Application Summary (.6) | 0.60 185.00/hr | 111.00 |

Ron Satija, Chapter 7 Trustee                                                                                            Page     4

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2014 | JW | B160 | Compiled Fee Application, Exhibits, Order, and Summary, converted to proper format, forwarded to AM for BAE servicing (.3) | 0.30 185.00/hr | 55.50 |
|  | SUBTOTAL: |  |  | [    3.10 | 573.50] |
|  | 2/25/2014 |  |  |  |  |
| 2/25/2014 | KR | B110 | Response and research into BAE charges for mock up (.2) | 0.20 125.00/hr | 25.00 |
|  | SUBTOTAL: |  |  | [    0.20 | 25.00] |
|  | **For professional services rendered** |  |  | **15.40** | **$3,002.00** |
|  | Additional Charges : |  |  |  |  |
|  | 5/31/2013 |  |  |  |  |
| 5/31/2013 | Online research - Pacer Charges ($13.40) |  |  |  | 13.40 |
|  | SUBTOTAL: |  |  | [ | 13.40] |
|  | 6/30/2013 |  |  |  |  |
| 6/30/2013 | Online research - Lexis Nexis Charges for April, May and June 2013 ($13.31) |  |  |  | 13.31 |
|  | SUBTOTAL: |  |  | [ | 13.31] |
|  | 9/30/2013 |  |  |  |  |
| 9/30/2013 | Online research: Pacer Charges |  |  |  | 11.00 |
|  | SUBTOTAL: |  |  | [ | 11.00] |
|  | 12/31/2013 |  |  |  |  |
| 12/31/2013 | Online research: Pacer Charges December 2013 ($5.00) |  |  |  | 5.00 |
|  | SUBTOTAL: |  |  | [ | 5.00] |

Ron Satija, Chapter 7 Trustee                                                                                          Page     5

|            |                                                    | **Amount** |
|------------|----------------------------------------------------|-----------:|
| 3/5/2014   |                                                    |            |
| 3/5/2014   | Noticing Center Charge for mail out ($28.39)       |      28.39 |
|            | SUBTOTAL:                                          | [   28.39] |
|            | **Total additional charges**                       |  **$71.10** |
|            | **Total amount of this bill**                      | **$3,073.10** |
|            | Balance due                                        |  $3,073.10 |

Timekeeper Summary

| Name            | Hours | Rate   | Amount   |
|-----------------|------:|-------:|---------:|
| James Willis    |  3.30 | 185.00 | $610.50  |
| Matthew Wagner  |  3.90 | 235.00 | $916.50  |
| Ron Satija      |  2.00 | 350.00 | $700.00  |
| Kimberly Russo  |  6.20 | 125.00 | $775.00  |

Ron Satija, Chapter 7 Trustee                                                                                          Page     5

|            |                                                    | **Amount** |
|------------|----------------------------------------------------|-----------:|
| 3/5/2014   |                                                    |            |
| 3/5/2014   | Noticing Center Charge for mail out ($28.39)       |      28.39 |
|            | SUBTOTAL:                                          | [   28.39] |
|            | **Total additional charges**                       |  **$71.10** |
|            | **Total amount of this bill**                      | **$3,073.10** |
|            | Balance due                                        |  $3,073.10 |

Timekeeper Summary

| Name            | Hours | Rate   | Amount   |
|-----------------|------:|-------:|---------:|
| James Willis    |  3.30 | 185.00 | $610.50  |
| Matthew Wagner  |  3.90 | 235.00 | $916.50  |
| Ron Satija      |  2.00 | 350.00 | $700.00  |
| Kimberly Russo  |  6.20 | 125.00 | $775.00  |